1  MAYER BROWN LLP
   ELSPETH V. HANSEN (SBN 292193)
2  ehansen@mayerbrown.com
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA 94306
4  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
5

6  *Attorney for Defendants*
   *Generac Power Systems, Inc. and*
7  *Generac Holdings Inc.*

8

9

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF CALIFORNIA**

12

13

| KATHRYN LOCATELL, as an individual and on behalf of all others similarly situated, | CASE NO. 2:23-cv-00203-TLN-JDP |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER STAYING CASE PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION RESOLUTION OF MOTION TO TRANSFER** |
| v. | |
| GENERAC POWER SYSTEMS, INC. and GENERAC HOLDINGS, INC., | |
| Defendants. | |

Plaintiff Kathryn Locatell ("Plaintiff") and Defendants Generac Power Systems, Inc. ("Generac") and Generac Holdings Inc. ("Generac Holdings," with Generac Power Systems, Inc., "Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and agree pursuant to Local Rule 143 as follows:

WHEREAS, Plaintiff filed an Amended Complaint (Dkt. 8) on March 13, 2023;

WHEREAS, Defendants' counsel has agreed to receive service of the Amended Complaint as of March 13, 2023, without waiving any defenses, including challenges to personal jurisdiction or venue;

WHEREAS, on March 3, 2023, the named plaintiff in *Moon v. Generac Power Systems, Inc., et al.*, Case No. 3:22-cv-09183-CRB (N.D. Cal.) filed a "Motion of Plaintiff for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings" ("JPML Motion," attached hereto as Exhibit A) with the Judicial Panel on Multidistrict Litigation;

WHEREAS, the JPML has assigned MDL No. 3078 and set a deadline to file responses to the JPML Motion by March 28, 2023 and a reply by April 4, 2023 (MDL No. 3078, Dkt. 4);

WHEREAS, the JPML Motion seeks to transfer five actions (the "Putative Class Actions"), including the above-referenced matter, for consolidation or coordination (Ex. A at PDF p. 22-23);

WHEREAS, the Putative Class Actions all assert claims related to alleged defects in the SnapRS component of Generac's PWRcell system on behalf of a putative nationwide class;

WHEREAS, the Moon action and the instant action are both brought on behalf of a California plaintiff asserting breach of express and implied warranty, breach of express and implied warranty under the Song-Beverly Act, violation of the Unfair Competition Law, and violation of the California Consumers Legal Remedies Act;

WHEREAS, counsel for Defendants has conferred with counsel for the named plaintiffs in each of the Putative Class Actions and understands that the named plaintiffs and Defendants all support or do not oppose the centralization of the actions in a multidistrict litigation;

-2-
JOINT STIPULATION AND ORDER STAYING CASE
CASE NO. 2:23-CV-00203-TLN-JDP

1   WHEREAS, Defendants also understand that named plaintiffs in each of the Putative
2   Class Actions and Defendants all support or do not oppose staying the Putative Class Actions
3   pending the resolution of the JPML Motion;
4   WHEREAS, this Court has the authority to stay this action pending the decision of the
5   JPML (*Huitt v. Teva Pharms. USA, Inc.*, 2020 WL 8483907, at *1 (E.D. Cal. Dec. 15, 2020)
6   (explaining district courts consider 1) potential prejudice to the non-moving party; 2) hardship
7   and inequity to the moving party if the action is not stayed; and 3) the judicial resources that
8   would be saved by avoiding duplicative litigation if the cases are in fact consolidated) (citations
9   omitted));
10  WHEREAS, courts routinely stay actions pending the resolution of a JPML decision on a
11  motion to transfer (*e.g.*, *Rubio v. Arndal*, 2013 WL 796669, at *5 (E.D. Cal. Mar. 4, 2013));
12  WHEREAS, Defendants have not yet responded to the Amended Complaint and
13  discovery has not yet begun;
14  WHEREAS, in light of the possibility that this action may not proceed in this Court, the
15  Parties agree that briefing a motion to dismiss, or conducting other motion practice or discovery,
16  in the instant action would require expenditure of party and judicial resources that would be
17  duplicative and/or unnecessary if the JPML Motion is granted, and would create a risk of
18  inconsistent adjudication of similar issues;
19  WHEREAS, the Parties anticipate that the JPML will schedule the JPML Motion for its
20  May 25, 2023 Hearing Session and will rule on the motion shortly thereafter;
21  THEREFORE, IT IS HEREBY STIPULATED by the parties that:
22  (1) the instant action be STAYED pending the JPML's resolution of the JPML Motion;
23  (2) the Parties shall promptly notify the Court if the JPML Motion is denied and shall
24  submit a proposed order regarding the stay within three court days;
25  (3) should the JPML Motion be denied, Defendants shall have 45 days from the date of
26  the denial to respond to the Complaint, including but not limited to filing motions under Federal
27  Rule of Civil Procedure 12(b)(2) and 12(b)(6);
28

1    (4) should the JPML Motion be denied, the Parties shall have 60 days from the date of the
2 denial to confer as required by Federal Rule of Civil Procedure 26(f);
3    (5) in appearing in this action and filing this stipulation, and in filing required disclosures,
4 Defendants do not waive (and should not be construed to waive) any defenses, including a
5 challenge to personal jurisdiction.
6    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: March 14, 2023                              MAYER BROWN LLP

By:    /s/ Elspeth V. Hansen
Elspeth V. Hansen

Elspeth V. Hansen (SBN 292193)
*ehansen@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060


*Attorneys for Defendants Generac Power Systems, Inc. and Generac Holdings Inc.*


LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By:    /s/ Michael Levin-Gesundheit
Michael Levin-Gesundheit
(as authorized on March 14, 2023)

Michael Levin-Gesundheit (SBN 292930)
Nicholas Ryan Hartmann (SBN 301049)
*mlevin@lchb.com*
*nhartmann@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Mark P. Chalos (pro hac vice)
*mchalos@lchb.com*
222 2nd Avenue South, Suite 1640

-4-

Nashville, TN 37201-2379
Telephone: 615.313.9000
Facsimile: 615.313.9965

*Attorneys for Plaintiff Kathryn Locatell*

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 15, 2023

_____
Troy L. Nunley
United States District Judge